NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VALERIE F. WILLIAMS,**
*Petitioner*

**v.**

**OFFICE OF COMPLIANCE,**
*Respondent*

———————————

2018-1567, 2018-1568, 2018-1569

———————————

Petitions for review of a decision of the Board of Directors of the Office of Compliance in Nos. 14-AC-11 (CV, RP), 14-AC-48 (CV, RP), 15-AC-21 (CV, RP).

———————————

**JUDGMENT**

———————————

JEFFREY HOWARD LEIB, Washington, DC, argued for petitioner.

SIMONE N. JENKINS, Office of the General Counsel, United States Office of Compliance, Washington, DC, argued for respondent. Also represented by JOHN D. UELMEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 3, 2019                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court